# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Gerald Hackel,

              Plaintiff,        Case No. 22-12254

v.                                   Judith E. Levy
                                   United States District Judge

Wells Fargo Bank NA,

                                   Mag. Judge Curtis Ivy, Jr.

              Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [25]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court dismiss Plaintiff's complaint (ECF No. 7) with prejudice and deny as moot Defendant's motion for summary judgment. (ECF No. 20.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 25) is ADOPTED;

Plaintiff's complaint (ECF No. 7) is DISMISSED WITH PREJUDICE;

Defendant's motion for summary judgment (ECF No. 20) is DENIED AS MOOT; and

This case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: December 8, 2023　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 8, 2023.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).